**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WILLIE E. ROBINSON,

       Petitioner,

v.                                                                        CASE NO.  4:09cv51-RH/WCS

WALTER A. McNEIL,

       Respondent.

_____/

**ORDER DENYING PETITION**

This petition for a writ of habeas corpus under 28 U.S.C. § 2254 is before

the court on the magistrate judge's report and recommendation, ECF No. 16,  and

the objections, ECF No. 19.  I have reviewed *de novo* the issues raised by the

objections.  The report and recommendation is correct and is adopted as the court's

opinion.

Rule 11 of the Rules Governing § 2254 Cases requires a district court to

"issue or deny a certificate of appealability when it enters a final order adverse to

the applicant."  A certificate of appealability may be issued only if a petitioner "has

made a substantial showing of the denial of a constitutional right."  28 U.S.C.

§ 2253(c)(2).  *See Miller-El v. Cockrell,* 537 U.S. 322, 335-38, 123 S. Ct. 1029,

154 L. Ed. 2d 931 (2003) (explaining the meaning of this term); *Slack v. McDaniel*,

529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000) (same); *Barefoot*

*v. Estelle*, 463 U.S. 880, 893 n.4, 103 S. Ct. 3383, 77 L. Ed. 2d 1090 (1983); *see*

*also Williams v. Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389

(2000) (setting out the standards applicable to a § 2254 petition on the merits).  As

the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a
> substantial showing of the denial of a constitutional right, a
> demonstration that, under *Barefoot*, includes showing that reasonable
> jurists could debate whether (or, for that matter, agree that) the
> petition should have been resolved in a different manner or that the
> issues presented were "'adequate to deserve encouragement to
> proceed further.'"

*Slack*, 529 U.S. at 483-84, *quoting Barefoot*, 463 U.S. at 893 n.4.

The petitioner has not made the required showing.

For these reasons,

4:

IT IS ORDERED:

1.  The report and recommendation is ACCEPTED.

2.  The clerk must enter judgment stating, "The petition is DENIED with prejudice."

3.  A certificate of appealability is DENIED.

4.  The clerk must close the file.

SO ORDERED on July 19, 2011.

s/Robert L. Hinkle
United States District Judge

4: